# LIBERTY TRAVEL
### America's Vacation Experts

**LIBERTY TRAVEL EXTON SQUARE MALL**
218 Exton Square Parkway, Exton Mall, Exton, PA 19341 Ph: 1-610-524-2930 Fax: 1-610-524-2925

## INVOICE/STATEMENT

MR PAUL JOSEPH GODLEWSKI
66 WITHERSPOON STREET
PRINCETON 08542

Date: 16 JUN 16

Your Consultant is: JANE CABOTT

| | |
|---|---|
| Origin: PHILADELPHIA | Date Of Travel: 12 OCT 12 |
| Destination: SAN JUAN | No. Passengers: 1 |
| Airline: US AIRWAYS | Booking ref: LGNDNW |

*Airfare/Tour/Accommodation Details:*          **Amount**

```
US 741/12 OCT 2012 5:55PM   9:51PM PHILADELPHIA/SAN JUAN
US 1072/20 OCT 2012 2:45PM  6:36PM SAN JUAN/PHILADELPHIA


*** CALYPSO PACKAGE BOOKING #10044A ***
12OCT2012   ACCOMMODATION
An Ocean View Room (Freesold)
            EL CONQUISTADOR RESORT
            1000 El Conquistador Ave
            Fajardo, PUERTO RICO
            USA      TEL: 1 787 863 6290
In a 2 adults, 0 child, 0 infant room
For 8 nights  In 12OCT2012   Out 20OCT2012
Checkout 11:00am


Total Package Price:                                         $2,800.00
```

**Total Price Including surcharges, taxes and fees***

| | |
|---|---:|
| Quoted Price: | $ 2,800.00 |
| Amount paid by cash: | $ 290.00 |
| Amount paid by credit card: | $ 2,510.00 |
| Amount Due: | $ 0.00 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more

LibertyTravel/Godlewski_000015

information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other

LibertyTravel/Godlewski_000016

document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____

LibertyTravel/Godlewski_000017



# LIBERTY TRAVEL
## America's Vacation Experts

**LIBERTY TRAVEL EXTON SQUARE MALL**
218 Exton Square Parkway, Exton Mall, Exton, PA 19341  Ph: 1-610-524-2930  Fax: 1-610-524-2925

## INVOICE/STATEMENT

MR PAUL JOSEPH GODLEWSKI  
66 WITHERSPOON STREET  
PRINCETON 08542  

Date: 16 JUN 16

Your Consultant is: JANE CABOTT

| | | | |
|---|---|---|---|
| Origin: | PHILADELPHIA | Date Of Travel: | 17 MAY 13 |
| Destination: | FORT LAUDERDALE | No. Passengers: | 2 |
| Airline: | US AIRWAYS | Booking ref: | KXBNFM |

*Airfare/Tour/Accommodation Details:*                                                 *Amount*

US 1885/17 MAY 2013 7:49AM 10:41AM PHILADELPHIA/FORT  
LAUDERDALE                                                                            $984.00  
US 1558/19 MAY 2013 7:25PM 10:03PM FORT  
LAUDERDALE/PHILADELPHIA

**Total Price Including surcharges, taxes and fees***

| | |
|---|---|
| Quoted Price: | $ 984.00 |
| Amount paid by cash: | $ 0.00 |
| Amount paid by credit card: | $ 984.00 |
| Amount Due: | $ 0.00 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING  
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

LibertyTravel/Godlewski_000018

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including

without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____



# LIBERTY TRAVEL
### America's Vacation Experts

**LIBERTY TRAVEL EXTON SQUARE MALL**
218 Exton Square Parkway, Exton Mall, Exton, PA 19341  Ph: 1-610-524-2930  Fax: 1-610-524-2925

## INVOICE/STATEMENT

MR PAUL JOSEPH GODLEWSKI  
66 WITHERSPOON STREET  
PRINCETON 08542

Date: 16 JUN 16

Your Consultant is: JANE CABOTT

| | | | |
|---|---|---|---|
| Origin: | PHILADELPHIA | Date Of Travel: | 9 JUN 13 |
| Destination: | PROVIDENCIALES | No. Passengers: | 2 |
| Airline: | US AIRWAYS | Booking ref: | ZWAWAU |

*Airfare/Tour/Accommodation Details:*                                          Amount

```
US 1659/09 JUN 2013  9:55AM  1:19PM
PHILADELPHIA/PROVIDENCIALES                                                  $970.00
US 1060/17 JUN 2013  3:30PM  6:26PM
PROVIDENCIALES/CHARLOTTE
US 1528/17 JUN 2013  8:10PM  9:46PM
CHARLOTTE/PHILADELPHIA

*** CALYPSO PACKAGE BOOKING #22848C ***
09JUN2013   ACCOMMODATION
A 1 Bedroom Oceanview (Confirmed)
          ROYAL WEST INDIES RESORT
          Grace Bay Road
          Providenciales
          TURKS & CAICOS    TEL: 1 649 946 5004
In a 2 adults, 0 child, 0 infant room
For 8 nights   In 09JUN2013   Out 17JUN2013
Checkout

Confirmation Number:

Total Package Price:                                                        $2160.00
```

**Total Price Including surcharges, taxes and fees***

Quoted Price: $ 3,130.00  
Amount paid by cash: $ 3,130.00  
Amount paid by credit card: $ 0.00  

Amount Due: $ 0.00

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within

LibertyTravel/Godlewski_000021

24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other

requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____



# LIBERTY TRAVEL
### America's Vacation Experts

**LIBERTY TRAVEL EXTON SQUARE MALL**
218 Exton Square Parkway, Exton Mall, Exton, PA 19341  Ph: 1-610-524-2930  Fax: 1-610-524-2925

## INVOICE/STATEMENT

MR PAUL JOSEPH GODLEWSKI  
66 WITHERSPOON STREET  
PRINCETON 08542

Date: 16 JUN 16

Your Consultant is: RYAN CAFARO

| | | | |
|---|---|---|---|
| Origin: | PHILADELPHIA | Date Of Travel: | 25 AUG 13 |
| Destination: | PROVIDENCIALES | No. Passengers: | 2 |
| Airline: | US AIRWAYS | Booking ref: | HMABZS |

*Airfare/Tour/Accommodation Details:*                                                     *Amount*

```
***** NAME(S) AS PER VALID PASSPORT(S) *****
Paul Joseph Godlewski
Adriana R Calaf


US 1927/25 AUG 2013  8:16AM  10:07AM
PHILADELPHIA/CHARLOTTE
US  879/25 AUG 2013 11:35AM   2:31PM
CHARLOTTE/PROVIDENCIALES
US 3324/08 SEP 2013  3:35PM   6:48PM
PROVIDENCIALES/CHARLOTTE
US 1798/08 SEP 2013  8:10PM   9:45PM
CHARLOTTE/PHILADELPHIA
```

                                                                                $1,530.00

**Total Price Including surcharges, taxes and fees***

| | |
|---|---|
| Quoted Price: | $ 1,530.00 |
| Amount paid by cash: | $ 0.00 |
| Amount paid by credit card: | $ 1,530.00 |
| Amount Due: | $ 0.00 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to

LibertyTravel/Godlewski_000024

airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use

that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft. Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____

LibertyTravel/Godlewski_000026



# LIBERTY TRAVEL
### America's Vacation Experts

**LIBERTY TRAVEL EXTON SQUARE MALL**
218 Exton Square Parkway, Exton Mall, Exton, PA 19341  Ph: 1-610-524-2930  Fax: 1-610-524-2925

## INVOICE/STATEMENT

MR PAUL JOSEPH GODLEWSKI
66 WITHERSPOON STREET
PRINCETON 08542

Date: 16 JUN 16

Your Consultant is: RYAN CAFARO

| | |
|---|---|
| Origin: PHILADELPHIA | Date Of Travel: 10 NOV 13 |
| Destination: PROVIDENCIALES | No. Passengers: 1 |
| Airline: US AIRWAYS | Booking ref: VMKDIV |

*Airfare/Tour/Accommodation Details:*                               Amount

```
***** NAME(S) AS PER VALID PASSPORT(S) *****
Christina M Hines - 11/20/1974

US 1738/10 NOV 2013  9:55AM  1:27PM
PHILADELPHIA/PROVIDENCIALES
```

                                                                  $360.00

**Total Price Including surcharges, taxes and fees***

| | |
|---|---:|
| Quoted Price: | $ 360.00 |
| Amount paid by cash: | $ 0.00 |
| Amount paid by credit card: | $ 360.00 |
| Amount Due: | $ 0.00 |

*IMPORTANT ADDITIONAL INFORMATION REGARDING YOUR BOOKING
You must not accept any booking unless you understand and agree with the following terms and conditions.

EMERGENCY 24/7 SUPPORT: Liberty Travel provides 24/7 Emergency Support services to our customers. For emergencies within 24 hours of departure or while you are travelling; if you are within the US please call toll-free 888-634-7702. Outside the US, please call 1-201-661-9587.

BAGGAGE FEES: Additional fees for baggage may apply. Please contact your airline or refer to its website for detailed information regarding their checked baggage policies, or alternatively please visit www.libertytravel.com/flights/baggage-fees.jsp for more information.

TRAVEL AGENT: FC USA Inc dba Liberty Travel (or any of its affiliated entities) (Liberty Travel) acts as a travel agent only. We sell various travel related products on behalf of numerous transport and accommodation service providers, including, but not limited to airlines, coach, rail, cruise line operators and hotels. Liberty Travel does not own, operate, manage or control these independent suppliers of services and is not liable for their acts or omissions. Liberty Travel's obligations to you are to make travel bookings on your behalf and to arrange relevant contracts between you and the travel service providers. We have no responsibility for these services, nor do we have the authority to make any warranty or representation regarding their standard. A request cannot be guaranteed. All bookings are subject to the terms and conditions and limitations of liability imposed by these travel service providers. You understand that your legal recourse is against the specific provider not Liberty Travel.

IMPORTANT CONDITIONS: Prices are subject to increase prior to the time you make full payment. Prices are not subject to increase after you make full payment, except for charges resulting from increases in government-imposed taxes or fees. By signing

LibertyTravel/Godlewski_000027

below, you expressly acknowledge your acceptance of these conditions (i.e. increases before full payment and increases attributable to government-imposed taxes or fees after full payment will be your responsibility) applicable to your purchase.

CANCELLATION: Please be aware that most travel bookings are non-refundable and cancelled bookings will incur charges. These charges can be up to 100% of the cost of the booking, regardless of whether travel has commenced. Where we incur any liability for a cancellation fee or charge for any booking which you cancel, you agree to indemnify us for the amount of that fee or charge.

DEPOSIT AND FINAL PAYMENT: You will be required to pay a minimum deposit of USD$150 per person when booking. The service provider may require further deposits. All deposits are non-refundable. Final payment is required no less than 60 days prior to departure unless otherwise stated. Some airfares or services must be paid in full at the time of booking. Liberty Travel accepts cash, checks, debit card or credit cards (AMEX, Visa, MasterCard, Discover or Diners). Should you wish us to charge your credit card we may require you to read and sign a credit card charge form setout in the receipt.

CREDIT CARD TRANSACTIONS: If for any reason, any travel service provider is unable to provide the services for which you have contracted, your remedy lies against the provider, and not against Liberty Travel and in the event that payment has been made to Liberty Travel by credit card, you agree that you will not seek to chargeback your payment to Liberty Travel. If the credit card is passed through to the travel services provider and you seek to chargeback your payment from the provider, you agree to be held liable and indemnify Liberty Travel against this chargeback from the provider, including without limitation any air debit memos charged to Liberty Travel. If Liberty Travel incurs any costs, including but not limited to attorneys' fees to recover any payments charged back by your credit card company, you agree that you will be liable for these costs. If the credit card is declined, you guarantee that you will settle any amounts owing to Liberty Travel via money order or cash immediately.

TRAVEL INSURANCE: For your protection, we strongly recommend that you purchase trip cancellation and travel accident insurance. However, no representation or description of the insurance made by Liberty Travel to you, constitutes a binding assurance or promise about the insurance. Please complete your travel insurance form, sign it and return it to our store. If you decline travel insurance you will be required to sign a disclaimer/waiver. Liberty Travel is not an insurance company and has no responsibility for the submission, payment or adjustment of any insurance claims. Any insurance claims that may fall under the relevant travel insurance policy must be submitted to the insurance company identified in the policy.

ADDITIONAL FEES: Additional taxes and surcharges that cannot be pre-collected may be charged locally by car rental agencies, hotels or other suppliers.

RESPONSIBILITY: We always do our best to make sure your travel arrangements are satisfactory. However, Liberty Travel and its employees, shareholders, subsidiaries, affiliates, officers, directors, successors, agents, and assigns do not own or operate any entity which provides goods and services for your travel including without limitation, lodging facilities, airline, vessel, motor coach, or other transportation companies, guides or guide services, local ground operators, providers or organizers of optional excursions, food service providers, etc. All such persons and entities are independent contractors and are in no way affiliated to Liberty Travel or any of Liberty Travel's affiliated entities.

LIABILITY: Liberty Travel is not liable for any negligent or willful act or failure to act of any travel service provider or of any third party. In addition and without limitation, Liberty Travel is not responsible for any injury, loss, death, inconvenience, delay, or damage to person or property in connection with the provision of any goods or services whether resulting from, but not limited to, acts of God or force majeure, illness, disease, acts of war or civil unrest, insurrection or revolt, animals, strikes or other labor activities, criminal or terrorist activities of any kind, overbooking or downgrading of accommodations, mechanical or other failure of airplanes or other means of transportation, or for any failure of any transportation mechanism to arrive or depart on time. Also be advised that certain foreign facilities such as air-conditioning systems in public places, hotels and motor coaches may not be up to U.S. standards. If due to weather, flight schedules or other uncontrollable factors you are required to spend additional night(s), you will be responsible for your own hotel, transfers and meal costs. Baggage is entirely at owner's risk. You may see the name Liberty Travel affixed to motor vehicles, on signs around the hotel or elsewhere. This use of our name is purely for reasons of identification and does not denote ownership, supervision, or control by Liberty Travel in any way. The prices of these tours are based on rates in effect (including foreign exchange rates) at the time of printing and are subject to change without notice. Under circumstances where liability cannot be excluded, such liability is limited to the value of the purchased travel arrangements. You specifically agree that Liberty Travel is not liable for any consequential loss or damage.

PASSPORTS: All individuals departing from the United States of America must be in possession of a valid passport. Please check that your passport is valid for 6 months or longer than your intended travel time. It is your responsibility to ensure that you have valid travel documentation, including but not limited to passports and visas, which meet the requirements of immigration and other government authorities at every destination. You are responsible for confirming with the United States Department of State or representative government agency of the country to which you are traveling to confirm the requirements for visas and/or other requirements for admission to your destination. Any fines, penalties, payments or expenditures incurred as a result of such documents not meeting the requirements of those authorities will be your sole responsibility. A government issued ID is required for travel within the USA.

TRAVEL DOCUMENTS: Travel documents including, without limitation, airline tickets, hotel vouchers, tour vouchers or any other document (whether in electronic form or otherwise) used to confirm an arrangement with a service provider. Travel documents may be subject to certain conditions and/or restrictions such as, but not limited to, being non refundable, non-date-changeable, and subject to cancellation and/or amendment fees. Travel documents cannot be transferred to another person to use. All airline tickets must be issued in the name of the passport/photo identity holder. An incorrect name on a booking may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings may result in an inability to use that booking and the booking being cancelled. Any errors in names, dates and timings on your documentation will be your responsibility if not advised at the time of booking.

HEALTH AND SPECIAL REQUIREMENTS: It is your responsibility to ensure you are aware of any health requirements for your travel destinations and to ensure that you carry all necessary vaccination documentation. Please advise your consultant of any special requirements you may have, for example, special meals, medical requirements and so on.

INTERNATIONAL FLIGHTS: Some countries require insecticide spraying of aircraft prior to a flight or while you are on the aircraft.

Federal law requires that we refer you to the Department of Transport disinsection website. (http://airconsumer.dot.gov/spray.htm)

REFUSAL OF SERVICE: Service providers reserve the right to refuse service to travelers at their sole discretion and including without limitation if the traveler: oLacks proper documentation for the country of destination; oHas a contagious disease; oIs under the influence of alcohol, drugs or narcotics; and/or oManifests disruptive and/or unruly behavior. Liberty Travel assumes no liability for the acts of the service provider in refusing service.

PRIVACY POLICY: Liberty Travel is committed to protecting the privacy and confidentiality of your personal information. Our Privacy Policy is available for viewing at www.libertytravel.com.

I acknowledge that I understand and agree with the information set out above.

Clients Signature:_____ Dated:_____